Matter of Rexhepi (Commissioner of Labor) (2024 NY Slip Op 03860)

Matter of Rexhepi (Commissioner of Labor)

2024 NY Slip Op 03860

Decided on July 18, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 18, 2024

CV-23-2222
[*1]In the Matter of the Claim of Luan Rexhepi, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 14, 2024

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ.

Luan Rexhepi, Middle Village, appellant pro se.
Letitia James, Attorney General, New York City (Linda D. Joseph of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 27, 2023, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.